# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

**BRANDY WALLACE,**
  Plaintiff          _____

**v.**                                        Case No:   **8:14-cv-3022-T-24AEP**

                                   _____     Evidentiary
                                     **X**      Trial
**NICOLO MANGIARACINA, ET AL.**    _____     Other
  Defendant(s),          _____

| Exhibit No. | Date Identified | Date Admitted | Witness | Description |
|---|---|---|---|---|
| **COURT'S EXHIBIT LIST** | | | | |
| 1 | | 4/27/17 | | Jury note with question |
| 2 | | 4/27/17 | | Jury note with question |
| 3 | | 4/27/17 | | Jury note as we have a verdict |
| 4 | | | | |
| 5 | | | | |
| 6 | | | | |
| 7 | | | | |
| 8 | | | | |
| 9 | | | | |