# UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**BRANDY WALLACE, as the Personal Representative
of the Estate of Ronald Wesley Sexton,**

      **Plaintiff,**　　　　　　　　　　CASE NO: 8:14-CV-03022-T-24-AEP

v.

**OFFICER NICOLO MANGIARACINA, individually
and as a member of St. Petersburg Police Department;
OFFICER JUSTIN MORALES, individually
and as a member of St. Petersburg Police Department;
OFFICER MICHAEL ROMANO, individually
and as a member of the St. Petersburg Police Department;
CHIEF ANTHONY HOLLOWAY,
St. Petersburg Police Department Chief,
in his official capacity,
CITY OF ST. PETERSBURG d/b/a
CITY OF ST. PETERSBURG POLICE DEPARTMENT.**

      **Defendants.**
_____/

## SPECIAL INTERROGATORIES TO THE JURY

**Do you find from a preponderance of the evidence:**

1. That Officer Nicolo Mangiaracina reasonably believed that Ronald Sexton was reaching for a firearm or was pointing a firearm or attempting to point a firearm at Officer Mangiaracina or another officer when Officer Mangiaracina fatally shot Ronald Sexton on September 2, 2013.

      Answer: Yes __X__　　　No _____

2. That Officer Justin Morales reasonably believed that Ronald Sexton was reaching for a firearm or was pointing a firearm or attempting to point a firearm at Officer Morales or another officer when Officer Morales fatally shot Ronald Sexton on September 2, 2013.

Answer: Yes __X__    No _____

3. That Officer Michael Romano reasonably believed that Ronald Sexton was reaching for a firearm or was pointing a firearm or attempting to point a firearm at Officer Romano or another officer when Officer Romano fatally shot Ronald Sexton on September 2, 2013.

Answer: Yes __X__    No _____

SO SAY WE ALL.

DATE: __4/27/17__

_____
Foreperson's Signature