AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

### JUDGMENT IN A CIVIL CASE

BRANDY WALLACE
*as the Personal Representative of the Estate of Ronald Wesley Sexton*

       Plaintiff,

vs.                                 CASE NUMBER:  8:14-cv-3022-T-24AEP

OFFICER NICOLO MANGIARACINA,

individually and as a member of St. Petersburg Police Department;

OFFICER JUSTIN MORALES, individually

and as a member of St. Petersburg Police Department;

OFFICER MICHAEL ROMANO,

individually and as a member of the St. Petersburg Police Department;

CHIEF ANTHONY HOLLOWAY,

St. Petersburg Police Department Chief, in his official capacity,

CITY OF ST. PETERSBURG d/b/a

CITY OF ST. PETERSBURG POLICE DEPARTMENT,

       Defendant(s).

&#9883;    **Jury Verdict.** This action came before the court for trial by jury.  The issues have been tried and the jury has rendered its verdict.

&#9883;    **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants, Officer Nicolo Mangiaracina, Officer Justin Morales, Office Michael Romano, Chief Anthony Holloway, City of St. Petersburg a/b/a City of St. Petersburg Police Department.

**April 28, 2017**

                     **ELIZABETH WARREN, ACTING CLERK OF COURT**

                BY    *s/Susan Saylor*              
                         Deputy Clerk